UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-61090-WPD

CHARLES JACOB STRATMANN,

     Plaintiff,

v.

BANK OF AMERICA, N.A.,

     Defendant.

_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned case is hereby **REFERRED** to United States Magistrate Judge Jared M. Strauss for a ruling on all non-dispositive matters and for a Report and Recommendation on any dispositive matter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record and *pro se* parties
Magistrate Judge Strauss