AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **0:26-cv-61090-JMS**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Bank of America, N.A.**
was received by me on  **6/09/2026:**

☐   I personally served the **SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER TO PERFECT SERVICE** on the
individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Timothy Goody**, who is designated by law to accept service of process on behalf of **Bank of
America, N.A.** at **1200 South Pine Island Road, Plantation, FL 33324** on **06/10/2026 at 11:13 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

FILED BY _____ D.C.

JUN 10 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

My fees are $ 0 for travel and **$ 141.00** for services, for a total of **$ 141.00**.

I declare under penalty of perjury that this information is true.

Date:  06/10/2026

_____
*Server's signature*

**Arturo Olivares Leon**
*Printed name and title*

**8627 Bridle Path Ct**
**Davie, FL 33328**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER TO PERFECT SERVICE,  to
Timothy Goody who identified themselves as the person authorized to accept. The individual appeared to be a black-
haired black male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with a beard and a mustache.**





Tracking #: 0227214635