**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-61090- DIMITROULEAS/STRAUSS**

CHARLES JACOB STRATMANN,

      Plaintiff,

v.

BANK OF AMERICA, N.A,

      Defendant

_____/

**<u>NOTICE OF APPEARANCE</u>**

Notice is hereby given that Jason R. Bowyer, Esq., of McGuireWoods LLP enters his appearance as counsel for Defendant, Bank of America, N.A., in the instant case.  All pleadings, papers, and correspondence in this matter should be served upon the undersigned counsel.

Dated: June 16, 2026

Respectfully submitted,

*/s/ Jason R. Bowyer*
Jason R. Bowyer (Lead Counsel)
Florida Bar No. 0693731
jbowyer@mcguirewoods.com
flservice@mcguirewoods.com
Steffanny Acevedo-Perez
Florida Bar No. 1074628
sacevedo@mcguirewoods.com
fladmin@mcguirewoods.com
**McGuireWoods LLP**
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
*Attorneys for Bank of America, N.A.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed

with the Clerk of the Court using CM/ECF on June 16, 2026.  I also certify that the foregoing

document is being served this day June 16, 2026 via U.S. Mail on the following:

Charles Jacob Stratmann
850 NE 3rd Street
Suite 208
Dania Beach, FL 33004
*Pro Se Plaintiff*

*/s/ Jason R. Bowyer*
Attorney

- 2 -