**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-61090- DIMITROULEAS/STRAUSS**

CHARLES JACOB STRATMANN,

      Plaintiff,

v.

BANK OF AMERICA, N.A,

      Defendant

_____/

**DEFENDANT BANK OF AMERICA, N.A.'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Bank of America, N.A. ("BANA"), by and through counsel, files this Certificate

of Interested Persons and Corporate Disclosure Statement pursuant to Federal Rule of Civil

Procedure 7.1 and hereby states:

1)    The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in a party to this action or in the

outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations,

publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal

entities related to a party in the case:

- Steffany Acevedo-Perez (Counsel for Bank of America, N.A.)

- Bank of America, N.A. (Defendant)

- Jason R. Bowyer (Counsel for Bank of America, N.A.)

- McGuireWoods LLP (Counsel for Bank of America, N.A.)

- Charles Jacob Stratmann (Plaintiff)

- BANA is wholly owned by BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange. Bank of America Corporation has no parent company and no publicly held corporation owns more than 10% of Bank of America Corporation's shares.

- BANA reserves the right to supplement this Disclosure.

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known other than the above.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Charles Jacob Stratmann seeks damages in this action due to allegedly wrongful conduct; however, Synchrony denies that any wrongful conduct occurred, and that Plaintiff Charles Jacob Stratmann is entitled to any damages.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 16, 2026                        Respectfully submitted,

                                            */s/ Jason R. Bowyer*
                                            Jason R. Bowyer (Lead Counsel)
                                            Florida Bar No. 0693731
                                            jbowyer@mcguirewoods.com
                                            flservice@mcguirewoods.com
                                            Steffanny Acevedo-Perez
                                            Florida Bar No. 1074628
                                            sacevedo@mcguirewoods.com
                                            fladmin@mcguirewoods.com
                                            **McGuireWoods LLP**
                                            50 North Laura Street, Suite 3300
                                            Jacksonville, Florida 32202
                                            (904) 798-3200
                                            (904) 798-3207 (fax)
                                            *Attorneys for Bank of America, N.A.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 16, 2026. I also certify that the foregoing document is being served this day June 16, 2026 via U.S. Mail on the following:

Charles Jacob Stratmann
850 NE 3rd Street
Suite 208
Dania Beach, FL 33004
*Pro Se Plaintiff*

<u>*/s/ Jason R. Bowyer*</u>
Attorney