**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 0:26-cv-61090- DIMITROULEAS/STRAUSS**

CHARLES JACOB STRATMANN,

      Plaintiff,

v.

BANK OF AMERICA, N.A,

      Defendant

                                         /

**DEFENDANT BANK OF AMERICA, N.A.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Defendant Bank of America, N.A. ("BANA" or "Defendant") hereby moves the Court for a fourteen (14) day extension of time, up to and including July 15, 2026, for Defendant to respond to Plaintiff Charles Jacob Stratmann's ("Plaintiff") Complaint, and states as follows:

1.      On April 13, 2026, Plaintiff filed the Complaint [D.E. 1].

2.      BANA was served with the original complaint on June 10, 2026 [D.E. 13].

3.      BANA's current deadline to respond to the Complaint is July 1, 2026 [D.E. 13].

4.      Counsel for BANA was recently retained and its counsel needs additional time to investigate the Complaint's allegations.

5.      BANA therefore requests a fourteen (14) day extension of time, up to and including July 15, 2026, to respond to the Complaint.

6.      This Motion for Extension of Time is made in good faith and not for purposes of delaying the ultimate resolution of this case.

**Memorandum of Law**

Rule 6(b) of the Federal Rules of Civil Procedure provides that this Court may enlarge the time for filing a response upon a showing of good cause. Where, as here, the request for extension is made prior to the expiration of the specified period of time, no finding of excusable neglect is required. Fed. R. Civ. P. 6(b)(1)(A). Here, BANA is seeking a fourteen (14) day extension of time, up to and including July 15, 2026, to provide additional time to respond to Plaintiff's Complaint. Counsel for BANA needs additional time to investigate the factual allegations in the Complaint. Since this extension of time is sought in good faith and not for any purposes of delay, BANA requests that the Court grant its motion for an extension of time. Plaintiff (pro se) does not oppose the request for the extension to respond.

WHEREFORE, BANA respectfully request that the Court grant its motion for a fourteen (14) day extension of time, up to and including July 15, 2026, to respond to Plaintiff's Complaint.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

I HEREBY CERTIFY that the undersigned counsel for BANA conferred with Plaintiff on June 24, 2026, and Plaintiff does not oppose the relief requested in this motion.

Dated: June 25, 2026

Respectfully submitted,

*/s/ Jason R. Bowyer*
Jason R. Bowyer (Lead Counsel)
Florida Bar No. 0693731
jbowyer@mcguirewoods.com
flservice@mcguirewoods.com
Steffanny Acevedo-Perez
Florida Bar No. 1074628
sacevedo@mcguirewoods.com
fladmin@mcguirewoods.com
**McGuireWoods LLP**
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
*Attorneys for Bank of America, N.A.*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 25, 2026.  I also certify that the foregoing document is being served this day June 25, 2026 via U.S. Mail on the following:

Charles Jacob Stratmann
850 NE 3rd Street
Suite 208
Dania Beach, FL 33004
*Pro Se Plaintiff*

*/s/ Jason R. Bowyer*
Attorney
